IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG - 1 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 03-WY-1853-CAB (BNB)

KRISTIN GRECO, an individual,

    Plaintiff,

v.

WOODCREST HOME, INC., and
HARBOUR HOMES, INC., f/k/a GEONERCO, INC.,

    Defendants.

---

### ORDER

---

**IT IS HEREBY ORDERED**, irrespective of the Local Rules of the United States District Court District of Colorado regarding electronic filing, that a hard copy of all documents hereafter filed in the above-entitled case shall be sent to the Wyoming chambers of this Court. The address is: United States District Court District of Wyoming, Judge Brimmer's Chambers, 2120 Capitol Avenue, Second Floor, Cheyenne, Wyoming 82001.

Dated this 27th day of July, 2005.

_____
UNITED STATES DISTRICT COURT JUDGE

CIVIL ACTION NO.   03-WY-1853 CB(BNB)

CERTIFICATE OF MAILING

A copy of the Order has been hand delivered, placed in respective court pick-up boxes or deposited in the U.S. mails, postage prepaid, to the following on August 1, 2005:

(X)   delivered to:

Magistrate Judge Boland

Janet A. Savage, Esq.
Jenifer M. Ross-Amato, Esq.
Davis Graham & Stubbs LLP
USDC BOX 3
AND

(X)   deposited in U.S. mail, postage prepaid, to:

Randy L. Sego, Esq.
Randy L. Sego, LLC
837 Fillmore Street
Denver, CO 80206

Todd J. McNamara, Esq.
McNamara & Martinez LLP
1640 East 18th Avenue
Denver, CO 80218

GREGORY C. LANGHAM, CLERK

By _____
Deputy Clerk