IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CLARENCE A. BRIMMER**

Civil Action No. 03-cv-01853-CAB-BNB

KRISTIN GRECO,

        Plaintiff,

v.

WOODCREST HOMES, INC. and
HARBOUR HOMES, INC., f/k/a GEONERCO, INC.,

        Defendants.

---

### STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

---

    It is stipulated that upon the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has <u>expired</u> or all appellate proceedings have been <u>terminated</u> plus sixty (60) days.

    DATED at Denver, Colorado this 22nd day of August, 2005.

BY THE COURT:

_____
Clarence A. Brimmer, Judge

_____
Counsel for Plaintiff

_____
Counsel for Defendants