IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-1853-CB (BNB)

Kristin Greco,

Plaintiff,

v.

Woodcrest Homes, Inc., and Harbour Homes, Inc., f/k/a Geonerco, Inc.,

Defendant.

---

**Order Granting Defendant Leave to File Reply Brief Regarding Damages**

---

The Court, having considered Defendants' Motion for Leave to File Reply Brief Regarding Damages ("the Motion"), and being fully advised of the premises, hereby **ORDERS** as follows:

The Motion is **GRANTED**.

No other briefs will be allowed in this matter.

Dated this 25th day of October, 2005.

_____
UNITED STATES DISTRICT JUDGE
SITTING BY DESIGNATION